UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | ) | Case No. C18-1745 RSM |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF CASE SCHEDULE |
| v. | ) ) ) | |
| CITY OF ANACORTES, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER comes before the Court on the parties' Stipulated Motion for Continuance of Case Schedule. After reviewing the stipulated motion, the Court hereby grants the parties' Stipulated Motion for Continuance of the Case Schedule and will extend the case schedule by 120 days. The Court will issue a new Order Setting Trial Date and Related Dates according to the Court's availability, but will set the new trial date for at least 120 days from its currently scheduled date of February 10, 2020.

IT IS SO ORDERED this 5th day of June 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF CASE SCHEDULE - 1
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Presented by:

**SMITH & LOWNEY, PLLC**

By: */s/ Alyssa Englebrecht*
Alyssa Englebrecht, WSBA No. 46773
*/s/Richard Smith*
Richard Smith, WSBA No. 21788
Attorneys for Plaintiff

ORDER GRANTING STIPULATED MOTION
FOR CONTINUANCE OF CASE SCHEDULE - 2
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883