UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PUGET SOUNDKEEPER ALLIANCE, | ) | Case No. C18-1745 RSM |
| | ) | |
| Plaintiff, | ) | CONSENT DECREE |
| v. | ) | |
| | ) | |
| CITY OF ANACORTES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## I.  STIPULATIONS

WHEREAS, Puget Soundkeeper Alliance ("Soundkeeper") filed this citizen suit on December 5, 2018, alleging violations of the Clean Water Act ("CWA"), 33 U.S.C. §§ 1251-1387, relating to the City of Anacortes's (the "City's") implementation of its National Pollutant Discharge Elimination System (NPDES) Phase II Municipal Stormwater Permit ("the Permit"). In its complaint, Soundkeeper seeks declaratory and injunctive relief, civil penalties, and attorney's fees and costs.  The City denies the allegations in plaintiff's Complaint.

WHEREAS, the parties agree that settlement of these matters is in the best interest of the parties and the public, and that entry of this Consent Decree is the most appropriate means of resolving this action.

CONSENT DECREE - 1
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

WHEREAS, the parties stipulate to the entry of this Consent Decree without trial, adjudication, or admission of any issues of fact or law regarding Soundkeeper's claims or allegations set forth in its complaint and sixty-day notice dated September 26, 2018.

Dated: December ___, 2019.

CITY OF ANACORTES                                    PUGET SOUNDKEEPER ALLIANCE

By: _____       By: _____

Title: _____       Title: _____

## II.     ORDER AND DECREE

THIS MATTER came before the Court upon the Parties' Joint Motion for Entry of Consent Decree and the foregoing Stipulations of the parties. Having considered the Stipulations and the promises set forth below, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1. For purposes of this Decree, this Court has jurisdiction over the parties and subject matter of this action.

2. Each signatory for the parties certifies for that party that he or she is authorized to enter into the agreements set forth below.

3. This Consent Decree applies to and binds the parties and their successors and assigns.

4. This Consent Decree is a full and complete settlement of the claims and allegations in the Complaint and all other claims known and unknown existing as of the date of entry of this Consent Decree that could be asserted under the CWA, 33 U.S.C. §§ 1251-1387,

CONSENT DECREE - 2
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

concerning the City's compliance or non-compliance with the Permit, including any activities or conduct performed for the purpose of complying with the Permit. These claims are released and dismissed with prejudice. Enforcement of this Consent Decree is Soundkeeper's exclusive remedy for any violation of its terms.

5. This Consent Decree is a settlement of disputed facts and law. It is not an admission or adjudication regarding any allegations by Soundkeeper in this case or any fact or conclusion of law related to those allegations, nor evidence of wrongdoing on the part of the City.

6. Prior to executing this Consent Decree, the City performed the following actions as part of its efforts to resolve this litigation:

    a. Without admitting any violation of the Permit, the City substantially revised and supplemented the content of its annual Stormwater Management Program Plan ("SWMP Plan") to include more detail regarding actions the City would take to implement the Permit in 2019. The City published its *2019 Stormwater Management Program Plan* in April 2019.

    b. Without admitting any violation of the Permit, on July 22, 2019, the City adopted Ordinance No. 3040, which contains updates to the City's Development Regulations. The portions of Ordinance No. 3040 that were revised as part of the settlement of this matter are highlighted and attached to this Consent Decree as Exhibit "A." The portions of future code revisions the City will make as part the settlement of this matter are attached to this Consent Decree as Exhibit "B."

7. Within sixty (60) days of entry of this Consent Decree, the City will prepare the summary report described in Condition S5.C.4.f.ii of the Permit (as issued on August 1, 2012,

CONSENT DECREE - 3
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860–2883

FG 53546484v4

modified on January 16, 2014, and expiring July 31, 2018) regarding the results of the LID code review and revision process, which will include, at a minimum, the list of participants (job title, brief job description, and department represented), the codes, rules, standards and other enforceable documents reviewed, and the revisions made to those documents which incorporate and require LID principles and LID BMPs. The summary report will be organized as required by Condition S5.C.4.f.ii as follows: (a) measures to minimize impervious surfaces; (b) measures to minimize loss of native vegetation; and (c) other measures to minimize stormwater runoff. Within five (5) days of completion of this summary report, the City will provide the report to Soundkeeper and will submit the report to the Washington State Department of Ecology.

8. In lieu of a payment of penalty, the City will perform as follows in exchange for the consideration provided by Soundkeeper in releasing its claims as specified herein and entering into this Consent Decree:

a. For a period of three (3) years following entry of this Consent Decree, the City will hold annual training sessions conducted by the Department of Ecology for staff persons conducting the review of stormwater site plans for proposed development and construction inspections under S5.C.6 of the Permit.

b. Within six (6) months of entry of this Consent Decree, the City will organize and put on a presentation for students at Anacortes High School on stormwater pollution and prevention. The City will put on this presentation annually for the term of the Consent Decree.

c. Within thirty (30) days of entry of this Consent Decree, the City will partner with the Skagit Conservation District to develop a new stormwater pollution prevention program for Anacortes elementary schools. This program will consist of seven (7) presentations

CONSENT DECREE - 4
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

to school children grades 2 to 6 at the Anacortes elementary schools. The subject matter of the presentations will focus on stormwater education, including understanding watersheds, discussions of sources of water pollution, the difference between point source and non-point source pollution, and how to mitigate pollution in stormwater. These seven (7) presentations will all be completed no later than two years from the date of entry of this Consent Decree.

    d. For a period of three (3) years following entry of this Consent Decree, the City will buy: (1) a full-page advertisement twice per year in the *Anacortes American Weekly* regarding the City's spill hotline and procedures and requirements for reporting and responding to spills; and (2) a column advertisement in every issue of *A-town is Our Town* regarding the City's spill hotline and procedures and requirements for reporting and responding to spills, and a full-page advertisement or story twice per year on Illicit Discharge Detection and Elimination.

    e. Within eighteen months from the date of entry of the Decree, the City will complete the City Hall Parking Lot LID Retrofit Projects, as described in Exhibit "C" attached to this Decree and will complete the Q Avenue Parking Lot LID Demonstration Project, as described in Exhibit "D" attached to this Decree. The two LID Projects referenced as Exhibits "C" and "D" in this paragraph shall include a durable sign stating: "This project was completed in coordination with Puget Soundkeeper Alliance."

  9. For three (3) years following entry of this Decree, once each year, the City will email Soundkeeper the total number of Low Impact Development ("LID") fixtures installed during the prior year by the City and any LID fixtures permitted and installed by a private developer and the total acreage of stormwater treated by each fixture.

  10. From the effective date of this Consent Decree until the termination date set forth in paragraph 16 below, the City agrees to provide Soundkeeper, on a twice per year basis, with a

CONSENT DECREE - 5
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

detailed report on their progress towards accomplishing requirements in paragraph 8 this Decree, along with the following Permit documents transmitted by or to the Washington State Department of Ecology: annual reports and any attachments to the annual reports, SWMP Plans, G20 notifications, notices of violation or penalty issued to the City by Ecology related to the Permit, any Permit modifications issued to the City by Ecology, and any written communications to or from Ecology regarding the Permit.

11. Within ten (10) days of entry of this Consent Decree, the City will pay a total of $73,000.00 (Seventy-Three Thousand Dollars) to cover Soundkeeper's litigation fees, expenses, and costs (including reasonable attorney and expert witness fees) by check payable and mailed to Smith & Lowney, PLLC, 2317 E. John Street, Seattle, Washington 98112, attn: Richard Smith. This payment is full and complete satisfaction of any claims Soundkeeper may have under the CWA for fees and costs.

12. A force majeure event is any event outside the reasonable control of the City that causes a delay in performing tasks required by this decree that cannot be cured by due diligence. Delay in performance of a task required by this decree caused by a force majeure event is not a failure to comply with the terms of this decree, provided that the City notifies Plaintiff of the event; the steps that the City will take to perform the task; the projected time that will be needed to complete the task; and the measures that have been taken or will be taken to prevent or minimize any impacts to stormwater quality resulting from delay in completing the task.

The City will notify Soundkeeper of the occurrence of a force majeure event as soon as reasonably possible but, in any case, no later than fifteen (15) days after the occurrence of the event. In such event, the time for performance of the task will be extended for a reasonable period of time following the force majeure event.

CONSENT DECREE - 6
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

By way of example and not limitation, force majeure events include

      1.      Acts of God, war, insurrection, or civil disturbance;

      2.      Earthquakes, landslides, fire, floods;

      3.      Actions or inactions of third parties over which defendant has no control;

      4.      Restraint by court order or order of public authority;

      5.      Strikes; and

      6.      Litigation, arbitration, or mediation that causes delay.

13. This Court retains jurisdiction over this matter. While this Consent Decree remains in force, this case may be reopened without filing fee so the parties may apply to the Court for any further order that may be necessary to enforce compliance with this decree or to resolve any dispute regarding the terms or conditions of this decree. In the event of a dispute regarding implementation of, or compliance with, this Consent Decree, the parties must first attempt to resolve the dispute by meeting to discuss the dispute and any suggested measures for resolving the dispute. Such a meeting should be held as soon as practical but must be held within thirty (30) days after notice of a request for such a meeting to the other party and its counsel of record. If no resolution is reached at that meeting or within thirty (30) days of the notice, whichever occurs first, either party may file a motion with this Court to resolve the dispute. The provisions of section 505(d) of the CWA, 33 U.S.C. § 1365(d), regarding awards of costs of litigation (including reasonable attorney and expert witness fees) to any prevailing or substantially prevailing party, shall apply to any proceedings seeking to enforce the terms and conditions of this Consent Decree.

CONSENT DECREE - 7
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

14. The parties recognize that, pursuant to 33 U.S.C. § 1365(c)(3), no consent judgment can be entered in a CWA suit in which the United States is not a party prior to forty-five (45) days following the receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. EPA. Therefore, upon the signing of this Consent Decree by the parties, Soundkeeper shall serve copies of it upon the Administrator of the U.S. EPA and the Attorney General.

15. This Consent Decree takes effect upon entry by the Court.

16. This Consent Decree terminates three years from the date of entry of this Consent Decree.

17. This Consent Decree may not be used as evidence in any proceeding or as an admission or adjudication with respect to any allegations in the Complaint or any fact or conclusion of law with respect to any matter alleged in or arising out of the Complaint.

18. Both parties have participated in drafting this decree.

19. This Consent Decree may be modified only upon the approval of the Court.

20. If for any reason the Court should decline to approve this Consent Decree in the form presented, this Consent Decree is voidable at the discretion of Soundkeeper or the City. The parties agree to continue negotiations in good faith in an attempt to cure any objection raised by the Court to entry of this Consent Decree.

21. Notifications required by this Consent Decree must be in writing. The sending party may use any of the following methods of delivery: (1) personal delivery; (2) registered or certified mail, in each case return receipt requested and postage prepaid; (3) a nationally recognized overnight courier, with all fees prepaid; or (4) e-mail. For a notice or other communication regarding this Consent Decree to be valid, it must be delivered to the receiving

CONSENT DECREE - 8
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4

party at the addresses listed below or to any other address designated by the receiving party in a notice in accordance with this paragraph 21.

if to Soundkeeper:

Katelyn Kinn
Puget Soundkeeper Alliance
130 Nickerson Street, Suite 107
Seattle, WA 98109
Email: katelyn@pugetsoundkeeper.org

and to:


Alyssa Englebrecht
Smith & Lowney PLLC
2317 East John St.
Seattle, WA 98112
Email: alyssa@smithandlowney.com

if to City of Anacortes:

Darcy Swetnam
City Attorney
City of Anacortes
904 6th Street
P.O. Box 547
Anacortes, WA 98221
darcy@cityofanacortes.org

and to:

Fred Buckenmeyer
Director Public Works
City of Anacortes
904 6th Street
P.O. Box 547
Anacortes, WA 98221
fredb@cityofanacortes.org

CONSENT DECREE - 9
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860−2883

FG 53546484v4

A notice or other communication regarding this Consent Decree will be effective when received unless the notice or other communication is received after 5:00 p.m. on a business day, or on a day that is not a business day, then the notice will be deemed received at 9:00 a.m. on the next business day. A notice or other communication will be deemed to have been received: (a) if it is delivered in person or sent by registered or certified mail or by nationally recognized overnight courier, upon receipt as indicated by the date on the signed receipt; or (b) if the receiving party rejects or otherwise refuses to accept it, or if it cannot be delivered because of a change in address for which no notice was given, then upon that rejection, refusal, or inability to deliver; or (c) for notice provided via e-mail, upon receipt of a response by the party providing notice or other communication regarding this Consent Decree.

DATED this 26th day of February 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SMITH & LOWNEY, PLLC

By: *s/ Richard Smith*_____
*s/ Alyssa Englebrecht*_____
Richard Smith, WSBA #21788
Alyssa Englebrecht, WSBA #46773
Attorneys for Puget Soundkeeper Alliance

FOSTER GARVEY PC

By: *s/ Lori A. Terry*_____
*s/ Joanne Kalas*_____
Lori A. Terry, WSBA #22006
Joanne Kalas, WSBA #46735
Attorneys for City of Anacortes

CONSENT DECREE - 10
Case No. 2:18-CV-01745-RSM

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG 53546484v4